IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01685-MSK-PAC

AHITHOPHEL TURNER,

    Plaintiff,

v.

JOHN E. POTTER, Postmaster General, U.S. Postal Service,

    Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that plaintiff's Motion to Amend Complaint (Doc. #10), filed March 2, 2007, is **GRANTED**.  The Proposed Amended Complaint and Jury Demand attached to Doc. #10 shall be filed this date.

Dated:  March 26, 2007